UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-545-T-30TGW

APOLINAR DE LA CRUZ YESQUEN
_____/

ORDER

This cause comes on for consideration of Defendant's motion styled "Motion to Modify/Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), 28 U.S.C. § 994(g) and 2D1.1 of the United States Sentencing Guidelines." (D-166.) Defendant seeks a sentence reduction based upon U.S.S.G. Amend. 782, a retroactive guideline amendment.

The Court, having reviewed the motion, Probation's Amendment 782 Memorandum (D-169), and the Federal Public Defender's Notice (D-170), concludes that the motion should be denied. Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines, Defendant exceeds the eligibility threshold because of the drug quantity and therefore the amendment does not have the effect of lowering Defendant's base offense level.

It is therefore ORDERED that:

1) Defendant's motion styled "Motion to Modify/Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), 28 U.S.C. § 994(g) and

2D1.1 of the United States Sentencing Guidelines" (D-166) is DENIED.

DONE AND ORDERED at Tampa, Florida this 4th day of October, 2015.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT